UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LOUIS BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF VETERANS AFFAIRS, et al.,<br><br>　　　　Defendants. | No.  2:24-cv-01022 DJC AC (PS)<br><br><br>ORDER |

Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On May 21, 2024 the Magistrate Judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 3.  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 21, 2024, are adopted in full; and
2. The complaint (ECF No. 1) is DISMISSED because it lacks jurisdiction to hear in this court; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 1, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Brow1022.800